M. P. No. 812. ALFREDO PELLICCIA *v.* JOHN F. SHARKEY. Petition for writ of habeas corpus granted. Respondent directed to bring petitioner to Superior Court forthwith for purpose of admitting him to bail pending hearing and determination by Supreme Court on said writ, Superior Court to fix amount of bail. Papers remanded for use in proceeding to fix bail same to be returned upon termination of said hearing. *Carmine A. Rao,* for petitioner. *Herbert F. DeSimone,* Attorney General, for respondent.

M. P. No. 824. LAWRENCE J. VALLIERE *et al. v.* JOHN E. MULLEN, *P. J., of Superior Court,* and HERBERT F. DESIMONE, *as Attorney General.* Petition for writ of prohibition and/or mandamus denied. *Charles J. Rogers, Jr., Robert G. Pariseault, Berge Gregian, Raymond G. Daniels,* for petitioners. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondents.

October 14, 1969.

Ex. Nos. 815 and 816. STATE *v.* AMADEO D'ALESSIO. SAME *v.* SAME. In *State v. Ouimette,* 105 R. I. 777, 251 A. 2d 412, court dismissed bill of exceptions in which defendant sought to advantage himself of P. L. 1968, chap. 234, now G. L. 1956, §§9-24-32, 33, contending that defendant in any criminal matter should be permitted to prosecute his exceptions to any findings, rulings, decisions, orders or judgments of the Superior or Family Courts before trial as well as after trial in same manner as the Attorney General may do. Implicit in that dismissal order was the holding that only the State could prosecute exceptions under that enactment. What was implicit in *State v. Ouimette, supra,* court now makes explicit.

Motion of State to dismiss defendant's bill of exceptions filed by him under G. L. 1956, §§9-24-32, 33 is granted. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Richard Capalli,* for defendant.